PROB 12B
(7/93)

Report Date: June 23, 2011

# United States District Court

for the

Eastern District of Washington

FILED IN THE
US DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 2 8 2011

JAMES R. LARSEN, DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Moore    Case Number: 2:09CR00095-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 7/26/2007    Type of Supervision: Supervised Release

Original Offense: Conspiracy to Commit Unauthorized Access to a Protected Computer 18 U.S.C. 371    Date Supervision Commenced: 6/22/2009

Original Sentence: Prison - 24 Months; TSR - 36 Months    Date Supervision Expires: 6/21/2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall complete 20 hours of community service work at the rate of not less than 5 hours per month, at a not-for-profit site, approved in advance by the supervising probation officer. The hours are to be completed in full no later than December 23, 2011.

## CAUSE

On June 14, 2011, the undersigned officer contacted Mr. Moore at his residence. During the contact, an Apple IPad and an IPhone were located in plain view. Further inspection of the devices revealed that the defendant had connected to the internet. A special condition of Mr. Moore's term of supervised release prohibits him from accessing the internet. Subsequently, Mr. Moore was directed by the undersigned officer to remove all devices that are in his residence that are capable of accessing the internet. Furthermore, the above-noted condition was discussed as a form of sanction for the defendant's noncompliance. Mr. Moore agreed to the above modification as evidenced by his signature on the attached waiver of hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 23, 2011

s/Richard Law

Richard Law
U.S. Probation Officer

Prob 12B
Re: Moore, Robert
June 23, 2011
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

June 28, 2011
Date